IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC KENNETH DUNGAN,

    Petitioner,                   No. CIV S-10-1191 DAD P

    vs.

ROB BARNES, Warden,

    Respondent.                <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that respondent shall have thirty (30) days from the filing of this order within which to lodge with this court copies of the DVDs of Officer Swift's October 9, 2005 interview of petitioner.

DATED: July 8, 2011.

                                                          DALE A. DROZD
                                                          UNITED STATES MAGISTRATE JUDGE

DAD:3
dung1191.eot

1